UNITED STATES DISTRICT COURT
DISCRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | |
|---|---|
| KENSELY HORNE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 0:17-cv-1700-RBH |
| | ) |
| NANCY BERRYHILL, | ) |
| ACTING COMMISIONER OF | ) |
| SOCIAL SECURITY, | ) |
| Defendant. | ) |

**ORDER**

Upon consideration of Defendant's Motion to Remand and any response thereto, it is hereby

ORDERED that Defendant's Motion is granted. Pursuant to the power of this Court to enter a judgment affirming, modifying, or reversing the Commissioner's decision with remand in Social Security actions under sentence four of 42 U.S.C. § 405(g), and in light of the Commissioner's request for remand of this action for further proceedings, this Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) with a remand of the cause to the Commissioner for further administrative proceedings.[1]

**AND IT IS SO ORDERED.**

March 2, 2018  
Florence, South Carolina

s/ R. Bryan Harwell  
R. Bryan Harwell  
United States District Judge

---

[1] The clerk of the Court will enter a separate judgment pursuant to the Federal Rules of Civil Procedure, Rule 58.